Edward S. Wardell, Esquire
KELLEY, WARDELL, CRAIG,
ANNIN & BAXTER, LLP
41 Grove Street
Haddonfield, NJ 08033
(856) 795-2220
*Attorneys for Defendants*
*Dell Inc. Comprehensive Welfare Benefits Plan*
*and Aetna Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANICE HUNT, | |
| Plaintiff | CASE NO.: 07-cv-1934 (JHR) |
| v. | |
| DELL INC. COMPREHENSIVE WELFARE BENEFITS PLAN | |
| and | |
| AETNA, INC., as Third-Party Administrators of the Plan, | |
| Defendants | |

## NOTICE OF MOTION TO DISMISS
## PLAINTIFFS' COMPLAINT
## (Returnable July 6, 2007)

**TO:**   Mark Oberstaedt, Esquire
Archer & Greiner, P.C.
One Centennial Square
PO Box 3000
Haddonfield, NJ 08033
*Attorneys for Plaintiff*
*Janice Hunt*

**PLEASE TAKE NOTICE** that pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure, Defendants Dell Inc. Comprehensive Welfare Benefits Plan and Aetna, Inc., by

1

attorneys, shall move to Dismiss the Complaint before the United States District Court for

the District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza,

Camden, New Jersey on July 6, 2007, at 9:00 a.m. or as soon thereafter as counsel may be

heard.

In support of this Motion, Defendants shall rely on the attached Brief and Exhibits.

KELLEY, WARDELL, CRAIG,
ANNIN & BAXTER, LLP


Edward S. Wardell, Esquire
*Attorneys for Defendants*
*Dell Inc. Comprehensive Welfare Benefits Plan*
*and Aetna Inc.*

Dated: June 5, 2007

2